No. 94–1364. FEI, LTD., ET AL. *v.* OLYMPIA & YORK BATTERY PARK CO., AKA WFC TOWER A CO., ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1365. DE LUCA *v.* UNITED NATIONS ORGANIZATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1366. MURRAY *v.* MCINTYRE ET AL. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 94–1367. TOUS RODRIGUEZ *v.* CUEVAS CUEVAS ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–1374. GORDON ET AL. *v.* PRESIDENT CONTAINER, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1406. MATHIS ET AL. *v.* VELSICOL CHEMICAL CORP. C. A. 11th Cir. Certiorari denied.

No. 94–1410. WELLS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1438. FOWLER *v.* UNITED STATES; and
No. 94–1439. RUIZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–1442. MCELDOWNEY *v.* NATIONAL CONFERENCE OF BAR EXAMINERS. C. A. 9th Cir. Certiorari denied.

No. 94–1448. EISENBERG, INDIVIDUALLY AND AS TRUSTEE AND ADMINISTRATOR OF THE ALAN D. EISENBERG, S. C. PENSION AND PROFIT SHARING PLAN, ET AL. *v.* BASSLER-HARSCH ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1459. DUENAS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 94–1461. BRISCOE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–1466. FIERRO ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.